IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-362-D

NIGEL MAX EDGE,                              )
                                             )
                   Plaintiff,                )
                                             )
            v.                               )          **ORDER**
                                             )
TRENT BAILEY, et al.,                        )
                                             )
                   Defendants.               )

For the reasons stated in defendants' memorandum of law in support of their motion to

dismiss [D.E. 8], this court lacks subject-matter jurisdiction. Thus, the court GRANTS

defendants' motion to dismiss [D.E. 7], DISMISSES WITHOUT PREJUDICE plaintiff's

complaint, and DISMISSES plaintiff's motions for summary judgment [D.E. 13, 14].

SO ORDERED. This 21 day of April, 2025.

JAMES C. DEVER III
United States District Judge