UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| NIGEL MAX EDGE, <br><br> Plaintiff, <br><br> vs. <br><br> TRENT BAILEY and AMOS PURDY, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:25-CV-362-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 7], DISMISSES WITHOUT PREJUDICE plaintiff's complaint, and DISMISSES plaintiff's motions for summary judgment [D.E. 13, 14].

This Judgment filed and entered on April 21, 2025, and copies to:
Nigel Max Edge        (via US Mail to 157 NW 10th Street, Oak Island, NC 28465)
Norwood P. Blanchard, III   (via CM/ECF electronic notification)

April 21, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk